(34 Misc. Rep. 204.)

SPINA v. MAROSELLI et al.

(Supreme Court, Appellate Term. February 25, 1901.)

APPEAL AND ERROR—ORDER OPENING DEFAULT—RECITAL OF GROUNDS.

  Where an order of the municipal court opening a default therein does not recite the grounds thereof, the order will be reversed, without prejudice to a renewal of the application before the same justice on proper affidavits and the proposed answer.

Appeal from municipal court, borough of Manhattan, Third district.

Action by Emilio Spina, as president, etc., against Phillipo Maroselli and another. From an order of the municipal court opening defendants' default, plaintiff appeals. Reversed.

Argued before ANDREWS, P. J., and O'GORMAN and BLANCHARD, JJ.

John Palmieri, for appellant.
Hippolyte A. Geney, for respondents.

PER CURIAM. An order opening a default in the municipal court should recite the grounds thereof, and for the defect in this regard the order appealed from must be reversed, without prejudice to a renewal of the application before the same justice upon proper affidavits and the proposed answer. Thornall v. Turner, 23 Misc. Rep. 363, 51 N. Y. Supp. 214; Godson v. Taussig (Sup.) 65 N. Y. Supp. 716.

Order reversed, with $10 costs.